UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALEJANDRO MENA ROQUE, EDIN
LICETH YOS YAQUI, ELBER ULISER
VASQUEZ MIRANDA, MARCO GARCIA
MENDOZA, and PEDRO TICU COLO,
*individually and on behalf of others similarly situated,*

          *Plaintiffs,*

  -against-

22 NOODLE MARKET CORP. (D/B/A
OBAO), LUCK WATANSUPARP,
KANRUTHAI MAHMUANG, and VIWON
DARNCHARNJITT,

          *Defendants.*
-------------------------------------------------------X

ORDER

18-CV-7297 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The plaintiffs shall file, on or before February 5, 2020, a copy of the fully executed retainer agreement(s) into which they entered with their counsel to facilitate the Court's review of the parties' proposed settlement agreement.

Dated: New York, New York
       January 29, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE