UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEJANDRO MENA ROQUE, et al.,
individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

22 NOODLE MARKET CORP. (d/b/a OBAO), et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**

18 - CV - 7297 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephone conference will be held in the above-captioned action April 21, 2020, at 11:00 a.m.

The parties shall use call-in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York
        April 16, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE