UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEJANDRO MENA ROQUE, et al.,
individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

22 NOODLE MARKET CORP. (d/b/a OBAO), et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**

18-CV-7297 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In this action brought pursuant to the Fair Labor Standards Act and the New York Labor Law, the parties settled their dispute without a trial. The parties submitted their written settlement agreement, Docket Entry No. 45, as modified by Docket Entry 53, to the Court for its review and approval. The Court has reviewed that agreement and finds that the agreement is fair and reasonable. Therefore, the Court approves the parties' settlement agreement, Docket Entry No. 45, as modified by Docket Entry No. 53. The Clerk of Court is directed to record on the docket sheet that this action is terminated.

Dated:  New York, New York
          April 22, 2020

SO ORDERED:

_/s/ Kevin Nathaniel Fox_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE